UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-25037-LENARD/GOODMAN

THOMAS MANN,

        Plaintiff(s),

vs.

UNITED OF OMAHA LIFE INSURANCE COMPANY,

        Defendant(s).           /

## **NOTICE OF SETTLEMENT**

COMES NOW, Plaintiff, Thomas Mann by and through his undersigned counsel and pursuant to Southern District of Florida *Local Rule* 16.2 (f)(2), *S.D. Fla. L. R.*, hereby notifies the Court that the parties to this action have reached a confidential settlement of this matter and anticipate filing a stipulated dismissal with prejudice in the near future.

Dated: April 24, 2017

ATTORNEYS DELL AND SCHAEFER, CHARTERED
Attorneys for Plaintiff
2404 Hollywood Boulevard
Hollywood, FL  33020
Phone: (954) 620-8300
Fax: (954) 922-6864

*S/ Cesar Gavidia*
Cesar Gavidia, ESQUIRE
Florida Bar No: 015263
Email: Cesar@diattorney.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of Court via CM/ECF on this 24TH day of April, 2017, and electronically furnished to Wendy Lynn Furman, Edison, McDowell & Hetherington LLP, 2101 NW Corporate Blvd., Suite 316, Boca Raton, FL 33431-7319:

>ATTORNEYS DELL & SCHAEFER CHARTERED
>Attorneys for Plaintiff
>2404 Hollywood Boulevard
>Hollywood, FL 33020
>(954) 620-8300
>
>   *s/ Cesar Gavidia*
>CESAR GAVIDIA, ESQUIRE
>cesar@diattorney.com
>Florida Bar No.: 015263